UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAOUL O. CHAZARA VARGAS
    Plaintiff(s)

VS.                                                      C.A. NO. 17-00418-JJM-LDA

LIFESPAN CORPORATION AND RHODE ISLAND
HOSPITAL
    Defendant(s)

## **MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Now come the Defendants, Lifespan Corporation and Rhode Island Hospital, in the above referenced matter and hereby move that the Settlement Conference in the above referenced matter, which is presently scheduled for March 13, 2018 be continued to a date on or after April 3, 2018.   The undersigned has conferred with Plaintiff's counsel, who has indicted that he has no objection to this request.   The basis of the request is set forth in the accompanying memorandum of law.

                                                                  LIFESPAN CORPORATION AND
                                                                   RHODE ISLAND HOSPITAL
                                                                   By Its Attorney,

                                                                 /s/ James A. Musgrave
                                                            James A. Musgrave (#6640)
                                                            ROBERTS, CARROLL, FELDSTEIN &
                                                            PEIRCE, INC.
                                                            Ten Weybosset Street, 8th Floor
                                                           Providence, RI   02903
                                                           401-521-7000  FAX 401-521-1328
                                                          jmusgrave@rcfp.com

- 2 -

## **CERTIFICATION**

  I, James A. Musgrave, hereby certify that on March 1, 2018, I served the foregoing by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:

Stephen T. Fanning, Esq.
THE LAW OFFICE OF STEPHEN THOMAS FANNING
305 South Main Street
Providence, RI 02903


        /s/ James A. Musgrave


JAM:jam
5375-12 (3267705)
3/1/2018