UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RAOUL O. CHAZARO VARGAS
    Plaintiff

v.                                                      C.A. No. 17-004185: JJM-LDA

LIFESPAN CORPORATION AND
RHODE ISLAND HOSPITAL
    Defendants

## **STIPULATION**

Plaintiff's Complaint against Defendants, Rhode Island Hospital and Lifespan Corporation, is hereby dismissed with prejudice. All rights of appeal are hereby waived. No interest, costs or attorneys' fees are assessed against any of the parties.

AGREED AND ASSENTED TO:

| | |
|---|---|
| PLAINTIFF | DEFENDANTS, |
| RAOUL O. CHAZARO VARGAS | LIFESPAN CORPORATION AND |
| By His Attorney, | RHODE ISLAND HOSPITAL |
| | By Their Attorney, |
| | |
| /s/ Stephen T. Fanning | /s/ James A. Musgrave |
| Stephen T. Fanning (#3900) | James A. Musgrave (#6640) |
| 305 South Main St. | ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC. |
| Providence, RI   02903 | Ten Weybosset Street, 8th Floor |
| 401-272-8250 | Providence, RI   02903 |
| 401-272-4520 (FAX) | (401) 521-7000 FAX 401-521-1328 |
| | jmusgrave@rcfp.com |
| | |
| Date: June 5, 2018 | Date: June 5, 2018 |